**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Gregory Lee Murphy, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2016-002445
Lower Court Case No. 2013-CP-37-00812

--------

Appeal From Oconee County
The Honorable Edgar W. Dickson, Circuit Court Judge

--------

Memorandum Opinion No. 2018-MO-019
Submitted April 17, 2018 – Filed May 9, 2018

--------

**DISMISSED**

--------

Appellate Defender Lara M. Caudy, of Columbia, for Petitioner.

Attorney General Alan M. Wilson and Assistant Attorney General Lindsey Ann McCallister, both of Columbia, for Respondent.

--------

**PER CURIAM:** Petitioner seeks a writ of certiorari from an order of the circuit court denying his application for post-conviction relief (PCR), but finding he was entitled to a belated review of any direct appeal issues pursuant to *White v. State*, 263 S.C. 110, 208 S.E.2d 35 (1974).

Because there is sufficient evidence to support the PCR judge's finding that petitioner did not knowingly and intelligently waive his right to a direct appeal, we grant certiorari and proceed with a review of the direct appeal issue pursuant to *Davis v. State*, 288 S.C. 290, 342 S.E.2d 60 (1986).

We dismiss this matter pursuant to Rule 220(b)(1), SCACR, after consideration of petitioner's brief and careful review of the record pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.

**DISMISSED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**